# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PERRY J. WARD | **ORDER OF DETENTION<br>PENDING TRIAL**<br><br>CASE NO.:  1:24CR031 |

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f) a detention hearing has been held.

## Part I - Findings of Fact

**A.   Rebuttable Presumption Cases**

☐   (1) This is a **rebuttable presumption case** because there is probable cause to believe that the defendant has committed an offense enumerated in 18 U.S.C. § 3142(e)(3), **and**

☐   (2) Defendant has **not rebutted** the presumption that no condition or combination of conditions will reasonably assure the safety of another person or the community and/or no condition or combination of conditions will reasonably assure the appearance of the defendant as required

**B.   Non-Rebuttable Presumption Cases**

☑   (1) This is **not a rebuttable presumption case;** however, the case is eligible for a detention hearing under 18 U.S.C. § 3142(f)(1); and

(2) There is a serious risk that

☐   (a)   The defendant will not appear, and/or
☑   (b)   The defendant will endanger the safety of another person or the community.

## Part II - Written Statement of Reasons for Detention

I find that the information submitted at the hearing establishes:

☐ by a preponderance of the evidence, that no condition or combination of conditions will reasonably assure the appearance of the defendant as required; and/or

☑ by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community

> I find detention is necessary in light of the following: (1) the strength of the evidence against Defendant as presented by the government at the detention hearing; and (2) the inherent danger Defendant poses to children in the community and absence of any term or condition of supervision that could provide a reasonable assurance of their safety.

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for transport to the charging district and confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED** this 10th day of June, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA