UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR124-031 |
| | ) | |
| PERRY JASON WARD | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jason W. Blanchard** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jason W. Blanchard** be granted leave of absence for the following periods: October 6, 2025 through October 10, 2025.

**SO ORDERED**, this the _10th_ day of September, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA